IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK BRETT, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT BRADY, *et al.*, | : | NO. 17-5295 |
|     Defendants. | : | |

## ORDER

AND NOW, this 6th day of December, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis*, his *pro se* complaint, and his motion to file the case under seal, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

3. The motion to file this matter under seal is DENIED, and the Clerk of Court is DIRECTED to unseal this case and place it on the public docket.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
PETRESE B. TUCKER, J.